PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERING: The Cellular Telephone Assigned Call Number (209) 993-7257 | CASE NO. 2:16-SW-0757 KJN<br><br>[PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are unsealed.

DATED: 10-23-2017

Hon. Edmund F. Brennan
United States Magistrate Judge

1